# United States Court of Appeals

## For the Eighth Circuit

———————————————

No. 14-3383

———————————————

Winston Holloway

*Plaintiff - Appellant*

v.

Benny Magness, Board Chairman, ADC; Artis Ray Hobbs, Director, ADC; Rory Griffin, Director; Latanay Wilfong, Nurse, Corizon; Stacy Boardman, Nurse, Corizon; Laura Lee Morgan, LPN, Corizon; Dana Peyton, Acting Director of Nursing, Corizon; Charlotte Gardner, Health Services Administrator, ADC; Windy Kelley, Assistant Director, ADC; Cynthia Ashley, Sergeant, Cummins Unit, ADC; Corizon, Inc.

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

——————————

Submitted: April 24, 2015
Filed: May 7, 2015
[Unpublished]

——————————

Before COLLOTON, BYE and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Arkansas inmate Winston Holloway appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review of the summary judgment record, see Mason v. Corr. Med. Servs., Inc., 559 F.3d 880, 884-85 (8th Cir. 2009), and careful consideration of Holloway's arguments for reversal, we agree with the district court that there are no genuine issues of material fact. Accordingly, we affirm the judgment of the district court, see 8th Cir. R. 47B, and deny Holloway's pending motion for counsel

———————————————

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.